IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

LORENZO DANTE NICHOLS,

                              Plaintiff,

     v.

MICHAEL DITTMAN, SCOTT ECKSTEIN,
CAPT. REIGH, CPT. GUSTHE, LT. SAWWAL,
SGT. TELEKETZKE, SALLY WESS and
LORI DOEHLING,

                              Defendants.

ORDER

10-cv-470-slc
_____

Plaintiff Lorenzo Nichols, a prisoner at the Redgranite Correctional Institution in Redgranite, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because the trust fund account statement he submitted with his complaint does not cover the full six-month period immediately preceding the filing of his complaint.

Plaintiff's complaint was submitted on August 13, 2010. His trust fund account statement should cover the period beginning approximately February 12, 2010 and ending approximately August 13, 2010. Instead, plaintiff has submitted several piecemeal statements, which contain only two months of financial information within the six-month period proceeding the filing of this lawsuit. If plaintiff wishes to continue with this lawsuit, he will have to supplement his trust fund account statement with an additional statement covering the full six-month period beginning February 12, 2010 and ending August 13, 2010. Plaintiff should show

a copy of this order to prison officials to insure that they are aware they should sent the required trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff may have until September 10, 2010, in which to submit a trust fund account statement for the period beginning February 12, 2010 and ending August 13, 2010.  If, by September 10, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 19th day of August, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge